UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

Case Number: 14-00897-5-SWH
Judge: STEPHANI W. HUMRICKHOUSE
Dated: June 11, 2015

In Re:

SAMMIE LEE BROWN                                       PEGGY ANN BROWN
426 MARTIN LUTHER KING DRIVE
SMITHFIELD, NC  27577

SSN (1): XXX-XX-1790                                   SSN (2): XXX-XX-8926

### TRUSTEE'S FINAL REPORT AND ACCOUNT AND NOTICE THEREOF

JOHN F. LOGAN, Trustee for the above-referenced case, submits the following final report and account of the administration of the estate pursuant to 11 U.S.C. §1302(b)(1).

You are hereby given Notice that you have thirty (30) days from the date of this Final Report and Account and Notice Thereof to file an objection hereto and request for hearing with the Clerk of the Bankruptcy Court. If you file such an objection and request for hearing, a copy must be served upon the undersigned Trustee, the debtors and counsel for the debtors. If no objections and requests for hearing are filed within such thirty (30) day period, there shall be a presumption that the estate has been fully administered, the estate will be closed, and the Trustee and the surety on the Trustee's bond will be released.

1. The case was filed on February 14, 2014 and has not been confirmed.
   The case was subsequently dismissed on May 04, 2015.

2. The amount paid to the Trustee by or on behalf of the debtors was $3,637.00.

3. The Trustee made disbursements to creditors as follows:

| Creditor Name | Class | Claim Amt | Prin PD | Int PD | Bal Due |
|---|---|---|---|---|---|
| NATIONSTAR MORTGAGE, LLC | POST-PET SEC | $650.00 | $0.00 | $0.00 | $0.00 |
| NATIONSTAR MORTGAGE, LLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| JOHNSTON COUNTY TAX COLLECTOR | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| JOHNSTON COUNTY TAX COLLECTOR | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| NATIONSTAR MORTGAGE, LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| WELLS FARGO HOME MORTGAGE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| WELLS FARGO HOME MORTGAGE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| AMERICAN CREDIT ACCEPTANCE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| AMERICAN FINANCIAL SOLUTIONS | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CREDIT COLLECTION SERVICE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| DUKE HOSPITAL | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| ENHANCED RECOVERY COMPANY, LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| FIRST POINT COLLECTION RESOURCES | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| GINNY'S | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| JOHNSTON HEALTH | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| JOHN BARRY & ASSOCIATES | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| LOCAL GOVERNMENT CREDIT UNION | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| NATIONWIDE RECOVERY SYSTEMS | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| PROFESSIONAL RECOVERY CONSULTANTS | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| REVENUE CYCLE SOLUTION | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| SAFE HOME SECURITY INC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| SECURITY FINANCE CORP OF LINCOLNTON | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| SPRINT/NEXTEL | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| STATE EMPLOYEES CREDIT UNION | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| THE BUREAUS, INC. | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| VERIZON WIRELESS | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| SHAPIRO & INGLE, LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| NATIONSTAR MORTGAGE, LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| SPRINT NEXTEL | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| WELLS FARGO BANK, N.A. | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| WELLS FARGO BANK, N.A. | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| JOHNSTON COUNTY TAX COLLECTOR | PRIORITY | $143.58 | $0.00 | $0.00 | $0.00 |
| CENTURY FINANCE | SECURED | $1,028.38 | $0.00 | $0.00 | $0.00 |
| JOHNSTON COUNTY TAX COLLECTOR | DIRECT | $821.07 | $0.00 | $0.00 | $0.00 |
| JOHNSTON CO.TAX COLLECT. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| NATIONSTAR MORTGAGE, LLC | DIRECT | $35,159.58 | $0.00 | $0.00 | $0.00 |

| Creditor Name | Class | Claim Amt | Prin PD | Int PD | Bal Due |
|---|---|---:|---:|---:|---:|
| REGIONAL ACCEPTANCE CORPORATION | SECURED | $19,121.13 | $2,676.94 | $0.00 | $0.00 |
| WELLS FARGO BANK, NA | SECURED | $54,201.44 | $0.00 | $0.00 | $0.00 |
| NATIONSTAR MORTGAGE, LLC | ARREARS MORTGAGE | $653.10 | $0.00 | $0.00 | $0.00 |
| AMERICAN CREDIT ACCEPTANCE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| AMERICAN FINANCIAL SOLUTIONS | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| CENTURY FINANCE | UNSECURED | $1,221.09 | $0.00 | $0.00 | $0.00 |
| CREDIT COLLECTION SERVICES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| DUKE HOSPITAL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| ENHANCED RECOVERY COMPANY | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| FIRST POINT COLLECTION RESOURCES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| GINNY'S | UNSECURED | $311.71 | $0.00 | $0.00 | $0.00 |
| JOHNSTON HEALTH | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| JON BARRY | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| LOCAL GOVERNMENT CREDIT UNION | UNSECURED | $393.87 | $0.00 | $0.00 | $0.00 |
| MIDNIGHT VELVET | UNSECURED | $387.61 | $0.00 | $0.00 | $0.00 |
| NATIONWIDE RECOVERY SYSTEMS | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| PROFESSIONAL RECOVERY CONSULTANTS | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| REVENUE CYCLE SOLUTION, INC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| SAFE HOME SECURITY | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| SECCREDIT | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| SECURITY FINANCIAL SERVICES | UNSECURED | $1,209.15 | $0.00 | $0.00 | $0.00 |
| SHAPIRO & INGLE, LLP | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| SPRINT CORP. | UNSECURED | $598.41 | $0.00 | $0.00 | $0.00 |
| STATE EMPLOYEES CREDIT UNION | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| THE BUREAU INVESTMENT | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| AMERICAN INFOSOURCE, LP | UNSECURED | $384.29 | $0.00 | $0.00 | $0.00 |
| AARON'S RETN-TO-OWN | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| LOCAL GOVERNMENT CREDIT UNION | UNSECURED | $503.55 | $0.00 | $0.00 | $0.00 |
| WAKE MED HEALTH & HOSPITALS | UNSECURED | $2,348.06 | $0.00 | $0.00 | $0.00 |
| JOHNSTON COUNTY TAX COLLECTOR | UNSECURED | $593.49 | $0.00 | $0.00 | $0.00 |

4. Summary of Disbursements:

|  | Secured | Priority | Unsecured | Cont. Debts | Total |
|---|---:|---:|---:|---:|---:|
| **Claim Amount** | $111,634.70 | $143.58 | $7,951.23 | $0.00 | $119,729.51 |
| **Principal Paid** | $2,676.94 | $0.00 | $0.00 | $0.00 | $2,676.94 |
| **Interest Paid** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

5. Costs of Administration:
   The clerk was paid $0.00 for the filing fee.
   The debtors' attorney was allowed $3,500.00 and was paid $0.00.
   The Trustee was paid $0.00 for the cost of mailing notices in the case.
   The Trustee was paid $62.50 for expenses and $62.50 for compensation pursuant to 11 USC § 1326.
   Refunds to the debtors total $835.06.

6. The Trustee hereby certifies, in accordance with Federal Rule of Bankruptcy Procedure 5009, that the estate has been fully administered.

   Wherefore, the Trustee requests a final decree be entered which discharges the Trustee and his surety bond from any and all liability on account of the above-referenced case, closes the estate, and grants such other relief as may be just and proper.

Dated: June 11, 2015

*s/ John F. Logan*
John F. Logan
Chapter 13 Trustee
Post Office Box 61039
Raleigh, NC 27661-1039

cc: SAMMIE LEE BROWN
    PEGGY ANN BROWN

    JOHN T. ORCUTT
    ATTORNEY AT LAW
    6616-203 SIX FORKS RD.
    RALEIGH, NC 27615

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: SAMMIE LEE BROWN  
DEBTOR 2 NAME: PEGGY ANN BROWN  
CASE NUMBER: 1400897

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on ___6/12/2015___:

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 5005-4(9)(b):

AARON'S RENTS,1267 NORTH BRIGHTLEAF BLVD.,SMITHFIELD NC 27577  
AARON'S RETN-TO-OWN,1267 NORTH BRIGHTLEAF BOULEVARD,SUITE A,SMITHFIELD NC 27577  
AMERICAN CREDIT ACCEPTANCE,ATTN: MANAGING AGENT,340 EAST MAIN ST STE 400,SPARTANBURG SC 29302  
AMERICAN CREDIT ACCEPTANCE,ATTN: MANAGING AGENT,961 EAST MAIN ST 2ND FL,SPARTANBURG SC 29302  
AMERICAN FINANCIAL SOLUTIONS,263 4TH STREET,BREMERTON WA 98337  
AMERICAN FINANCIAL SOLUTIONS,PO BOX 6119,COLUMBIA MD 21045-6119  
AMERICAN INFOSOURCE, LP,as agent for VERIZON,PO BOX 248838,OKLAHOMA CITY OK 73124  
CENTURY FINANCE,1342A N. BRIGHTLEAF BLVD.,SMITHFIELD NC 27577  
CREDIT COLLECTION SERVICE,PO BOX 55126,BOSTON MA 22055-126  
CREDIT COLLECTION SERVICES,PO BOX 9136,NEEDHAM HEIGHTS MA 24949-136  
DUKE HOSPITAL,5213 SOUTH ALSTON AVENUE,DURHAM NC 27713  
DUKE HOSPITAL,CORPORATE PAYROLL,PO BOX 90484,DURHAM NC 27708  
DUKE RALEIGH HOSPITAL,5213 SOUTH ALSTON AVENUE,DURHAM NC 27713  
ENHANCED RECOVERY COMPANY, LLC,8014 BAYBERRY ROAD,JACKSONVILLE FL 32256  
ENHANCED RECOVERY COMPANY,PO BOX 1259, DEPT 98696,OAKS PA 19456  
FIRST POINT COLLECTION RESOURCES,225 COMMERCE PLACE,GREENSBORO NC 27402  
FIRST POINT COLLECTION RESOURCES,PO BOX 26140,GREENSBORO NC 27402  
GINNY'S,C/O CREDITORS BANKRUPTCY SERV.,P.O. BOX 740933,DALLAS TX 75374  
GINNY'S,PO BOX 2825,MONROE WI 53566  
JOHN BARRY & ASSOCIATES,ATTN: MANAGING AGENT,216 LEPHILLIP COURT,CONCORD NC 28025  
JOHN T. ORCUTT,ATTORNEY AT LAW,6616-203 SIX FORKS RD.,RALEIGH NC 27615  
JOHNSTON CO.TAX COLLECT.,ADMINISTRATOR'S OFFICE,PO BOX 368,SMITHFIELD NC 27577  
JOHNSTON COUNTY TAX COLLECTOR,ATTN:  BANKRUPTCY DEPT.,P. O. BOX 451,SMITHFIELD NC 27577  
JOHNSTON COUNTY TAX COLLECTOR,PO BOX 63037,CHARLOTTE NC 28263-3037  
JOHNSTON HEALTH,509 NORTH BRIGHT LEAF BOULEVARD,SMITHFIELD NC 27577  
JOHNSTON HEALTH,PO BOX 1376,SMITHFIELD NC 27577  
JON BARRY,PO BOX 1158,CONCORD NC 28026-1158  
LOCAL GOVERNMENT CREDIT UNION,ATTN:  LORI BARNES - LOSS MITIGATION,PO BOX 25279,RALEIGH NC 27611-5279  
LOCAL GOVERNMENT CREDIT UNION,PO BOX 25279,RALEIGH NC 27605-5279  
MIDNIGHT VELVET,C/O CREDITORS BANKRUPTCY SERV.,P.O. BOX 740933,DALLAS TX 75374  
NATIONSTAR MORTGAGE, LLC,ATTN: OFFICER / BANKRUPTCY DEPT.,350 HIGHLAND DRIVE,LEWISVILLE TX 75067  
NATIONSTAR MORTGAGE, LLC,ATTN: OFFICER/BANKRUPTCY DEPT.,PO BOX 630267,IRVING TX 75063  
NATIONSTAR MORTGAGE, LLC,ATTN: OFFICER,PO BOX 619096,DALLAS TX 75261-9741  
NATIONWIDE RECOVERY SYSTEMS,ATTN: BK DEPT.,PO BOX 702257,DALLAS TX 75370  
NATIONWIDE RECOVERY SYSTEMS,PO BOX 8005,CLEVELAND TN 37320-8005  
PROFESSIONAL RECOVERY CONSULTANTS,2700 MERIDIAN PARKWAY, STE 200,DURHAM NC 27713-2204  
PROFESSIONAL RECOVERY CONSULTANTS,PO BOX 51187,DURHAM NC 27717-1187  
REGIONAL ACCEPTANCE CORPORATION,BB&T servicing account on behalf,BANKRUPTCY SECTION 100-50-01-51,PO BOX 1847 WILSON NC 27894  
REVENUE CYCLE SOLUTION, INC,PO BOX 1022,WIXON MI 48383  
REVENUE CYCLE SOLUTION,421 FAYETTEVILLE STREET,SUITE 600,RALEIGH NC 27601  
SAFE HOME SECURITY INC,55 SEBETHE DRIVE,SUITE 201,CROMWELL CT 6416  
SAFE HOME SECURITY,55 SEBETHE DRIVE,CROMWELL CT 6416  

By Electronic Transmittal :  
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : ___6/12/2015___          Signature : ___*Robert J. Wallace, Jr.*___

Premium Graphics, Inc.  
2099 Thomas Road Suite 10  
Memphis, TN 38134

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: SAMMIE LEE BROWN  
DEBTOR 2 NAME: PEGGY ANN BROWN

CASE NUMBER: 1400897

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on __6/12/2015__:

```
SAMMIE LEE BROWN,PEGGY ANN BROWN,426 MARTIN LUTHER KING DRIVE,SMITHFIELD NC 27577
SECCREDIT,2623 WEST OXFORD LOOP,OXFORD MS 38655
SECURITY FINANCE CORP OF LINCOLNTON,SECURITY FINANCIAL SERVICES,PO BOX 3146,SPARTANBURG SC 29304
SECURITY FINANCIAL SERVICES,SFC-CENTRAL BANKRUPTCY/RECOVERY,PO BOX 1893,SPARTANBURG SC 29304-1893
SHAPIRO & INGLE, LLC,ATTORNEY FOR WELLS FARGO BANK, NA,10130 PERIMETER PARKWAY, STE 400,CHARLOTTE NC 28216
SHAPIRO & INGLE, LLP,ATTORNEYS AT LAW,10130 PERIMETER PARKWAY, STE. 400,CHARLOTTE NC 28216
SPRINT CORP.,ATTN: BANKRUPTCY DEPT.,PO BOX 3326,ENGLEWOOD CO 80155
SPRINT NEXTEL,ATTN: BANKRUPTCY DEPARTMENT,PO BOX 7949,OVERLAND PARK KS 66207-0949
SPRINT/NEXTEL,PO BOX 17990,DENVER CO 80217-0990
STATE EMPLOYEES CREDIT UNION,C/O BANKRUPTCY DEPARTMENT,PO BOX 25279,RALEIGH NC 27611-5279
STATE EMPLOYEES CREDIT UNION,CONTACT CENTER,PO BOX 29606,RALEIGH NC 27626
THE BUREAU INVESTMENT,1717 CENTRAL STREET,EVANSTON IL 60204
THE BUREAUS, INC.,PO BOX 8090323,CHICAGO IL 60680-9323
VERIZON WIRELESS,3 VERIZON PLACE,MAIL CODE #3B1,ALPHARETTA GA 30004
WAKE MED HEALTH & HOSPITALS,PFS COLLECTIONS UNIT-BANKRUPTCY,PO BOX 29516,RALEIGH NC 27626
WELLS FARGO BANK, N.A.,ATTN:  OFFICER / BANKRUPTCY DEPT.,MAC D3347-014,3476 STATEVIEW BLVD. FORT MILL SC 29715
WELLS FARGO BANK, N.A.,WELLS FARGO HOME MORTGAGE,ATTN: OFFICER / BANKRUPTCY DEPT,MAC X7801-014, 3476 STATEVIEW BLVD FORT MILL SC 297
WELLS FARGO BANK, NA,ATTN: OFFICER,BANKRUPTCY CASH MANAGEMENT, MAC#X2302-04C,ONE HOME CAMPUS DES MOINES IA 50328
WELLS FARGO HOME MORTGAGE,3476 STATEVIEW BOULEVARD,MAC X7801-013,FORT MILL SC 29715
WELLS FARGO HOME MORTGAGE,PO BOX 14411,DES MOINES IA 50303-3411
```

By Electronic Transmittal :  
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : __6/12/2015__            Signature : _____*Robert J. Wallace, Jr.*_____

Premium Graphics, Inc.  
2099 Thomas Road Suite 10  
Memphis, TN 38134